and others. No opinion. Order (102 N. Y. Supp. 569) affirmed, with $10 costs and disbursements.

DUMONT, Respondent, v. MORRIS & CUMINGS DREDGING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by James A. Dumont, Jr., against the Morris & Cumings Dredging Company. No opinion. Judgment and order affirmed, with costs.

DUNBAR & SULLIVAN DREDGING CO., Respondent, v. DELAWARE & HUDSON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, March 6, 1907.) Action by the Dunbar & Sullivan Dredging Company against the Delaware & Hudson Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

DUNHAM v. HASTINGS PAVEMENT CO. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Edward R. Dunham against the Hastings Pavement Company. No opinion. Motion granted, and questions certified. Order filed.

DUTILH–SMITH, McMILLAN & CO., Respondent, v. SNARE & TRIEST, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Dutilh-Smith, McMillan & Co. against Snare & Triest. H. M. Hitchings, for appellant. G. Goldmark, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DWYER, Respondent, v. SEELEY, et al., Appellants. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Edward L. Dwyer against Edward E. Seeley and another. C. G. Galston, for appellants. C. P. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EAGAN et al., Respondents, v. W. F. DOLL MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Christopher J. Eagan and another against the W. F. Doll Manufacturing Company. C. W. Coleman, for appellant. T. Smith, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EDENBAUM, Respondent, v. EXCELSIOR BRICK CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Paula Edenbaum, as administratrix, against the Excelsior Brick Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

EDWARDS, Respondent, v. GIBB et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Samuel Edwards against John Gibb and others. No opinion. Judgment of the Municipal Court reversed, as against the weight of evidence as to the negligence of the defendants, and new trial ordered; costs to abide the event.

ELTERMEN v. HYMAN. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Abraham Eltermen against Jacob Hyman. No opinion. Motion denied. Order filed.

In re EMPIRE STATE SUPREME LODGE OF DEGREE OF HONOR. (Supreme Court, Appellate Division, Fourth Department. March 22, 1907.) In the matter of the annual election of the Empire State Supreme Lodge of the Degree of Honor, a corporation, etc. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of Wheeler, J., delivered at Special Term (103 N. Y. Supp. 465).

ENGINEER CO., Respondent, v. GUTTA PERCHA & RUBBER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by the Engineer Company against the Gutta Percha & Rubber Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

ENGLISH et al. v. JONES et al. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Paul A. English and others against Percival S. Jones and others. No opinion. Judgments affirmed, without costs. There is no authority for the practice adopted of rendering separate judgments and presenting separate and distinct records in a single action.

ERIE COUNTY, Respondent, v. NEFF, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Erie County against John W. Neff and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over upon payment of the costs of the demurrer and of this appeal.

In re EVANS. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) In the matter of the judicial settlement of the account of proceedings of Richard J. Evans, as administrator, etc., of Anna Evans, deceased. No opinion. We think that under the circumstances of this case the decree of the Surrogate's Court of Kings county should be modified, by striking out the provision for $95.65 costs against the appellant, and, as so modified, affirmed, without costs of this appeal.

EVANS, Respondent, v. HYDE, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Louis H. Evans against Frank D. Hyde. G. B. Colby, for appellant. G. H. Phelps, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

EVANS, Appellant, v. NATIONAL BROADWAY BANK, Respondent. (Supreme Court,